LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 30035

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JOSEPH MAXILOM, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 06-1-1484)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of Defendant-Appellant Joseph Maxilom's Motion to Dismiss Appeal, the papers in support, and the records and files herein, it appears that: (1) Appellant filed a notice of appeal on September 3, 2009; (2) Appellant now moves to dismiss his appeal; and (3) in compliance with the requirements of HRAP Rule 42(c), Appellant's declaration in support of the motion to dismiss shows that Appellant understands the consequences of dismissing his appeal and that the withdrawal of his appeal is voluntary. Therefore,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, February 11, 2010.

Chief Judge

Associate Judge

Associate Judge